# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br><br>INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100081345630848 THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. d/b/a FACEBOOK, INC. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   4:23 MJ 3263 NCC

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## APPLICATION FOR A SEARCH WARRANT

I, __SA Carlos Quiles__, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

SEE ATTACHMENT A

located in the ___NORTHERN___ District of ___CALIFORNIA___, there is now concealed

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

**CARLOS QUILES**   Digitally signed by CARLOS QUILES
Date: 2023.08.30 11:02:52 -05'00'

*Applicant's signature*

Carlos Quiles
Special Agent, ATF

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: ___August 30, 2023___

*Judge's signature*

City and state: ___St. Louis, MO___   Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*

AUSA:   Torrie J. Schneider, #0388364MN

**<u>ATTACHMENT A</u>**
**Property to Be Searched**

This warrant applies to information associated with Facebook User ID 100081345630848 that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**
**Particular Things to be Seized**

## I.   Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the user ID listed in Attachment A, from **May 1, 2023 to present**:

(a)   All contact and personal identifying information, including the full name, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)   All activity logs and all other documents showing the user's posts and other Facebook activities;

(c)   All photos and videos uploaded through the user ID and all photos and videos uploaded by any user that have the user ID tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)   All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)   All records or other information regarding the devices and internet browsers associated or used in connection with the user ID, including the hardware model, operating system version, unique device

identifiers, mobile network information, advertising ID, and user agent string;

(f)     All other records and contents of communications and messages made or received by the including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check-ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the user ID;

(i)     All information about the Facebook pages that the user ID is or was a "fan" of;

(j)     All past and present lists of friends created by the user ID;

(k)     All records of Facebook searches performed by the user ID;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service(s) utilized by the user ID;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the user ID;

(p)     Records of any Facebook accounts that are linked to the user ID by machine cookies (meaning all Facebook accounts that logged into Facebook by the same machine as the user ID); and

(q)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm) involving Senteze Terril MURPHY since **May 1, 2023**, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a)    Evidence indicating the possession or transfer of firearms or ammunition to or from prohibited persons;

(b)    Evidence indicating how and when the user ID was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the account owner;

(c)    Evidence indicating the user ID owner's state of mind as it relates to the crime under investigation; and

(d)    Evidence of the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

(e)    Evidence of the identity of person(s) who communicated with the account holder about matters relating to the possession of firearms or ammunition by prohibited persons, including records that help reveal those persons' whereabouts; and

(f)    Evidence relating to the June 28, 2023, shooting in Berkeley, Missouri, including communications the user ID had with any other user IDs (and the identities of those user IDs) before, during, and after the shooting and communications relating to planning or preparation for the shooting.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| INFORMATION ASSOCIATED WITH | ) | No. 4:23 MJ 3263 NCC |
| FACEBOOK           USER          ID | ) | FILED UNDER SEAL |
| 100081345630848  THAT  IS  STORED | ) | |
| AT  PREMISES  CONTROLLED  BY | ) | SIGNED AND SUBMITTED TO THE COURT FOR |
| META    PLATFORMS,    INC.    d/b/a | ) | FILING BY RELIABLE ELECTRONIC MEANS |
| FACEBOOK, INC. | ) | |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, **Special Agent Carlos Quiles**, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41 for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. The requested warrant would require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account, as described in Attachment B.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have been since August 2022. I am currently assigned to the St. Louis Field Office of the Kansas City Field Division where I investigate violations of federal

1

law pertaining to firearms and violent crimes involving the use of firearms and explosives.  Before I was employed by the ATF, I was a police officer with the City of Hazelwood, Missouri Police Department for approximately six years. I have served in the United States Army Reserve as both a military police officer and am currently a Criminal Investigation Division Special Agent. During my law enforcement career, I have participated in numerous investigations involving controlled substances and firearms offenses. I am familiar with and have used various methods of investigations which include electronic surveillance, interviews of suspects and witnesses, search warrants, arrest warrants, and the handling of confidential informants.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm) have been committed by Senteze Terril MURPHY (MURPHY).  There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes, further described in Attachment B.

## PROBABLE CAUSE

5.     On July 27, 2023, while conducting a social media query of potential suspects involved in a shooting in the city of Berkeley, Missouri that occurred on June 28, 2023, investigators discovered a Facebook profile with username "Boonky

Osama," which is associated with Facebook profile user ID 100081345630848. This profile is believed to be operated by MURPHY.

6.      A search of the publicly viewable profile revealed a photo posted on September 26, 2022, that depicted a black male in a mugshot-style photo holding a card that displayed: "ID NO. 1210437." A search of that number in the Missouri Department of Corrections offender ID revealed that it belonged to MURPHY. Further, the Missouri Department of Corrections documented MURPHY as using the nickname "Boonky."

7.      Additionally, numerous photos posted by the profile depict a male with face tattoos similar to those law enforcement has documented for MURPHY, specifically a cross tattoo between his eyebrows and script writing on his forehead and both cheeks.  As such, investigators believe this profile is operated by MURPHY.



8.      MURPHY is a convicted felon and has been since May 14, 2010.

9.      While reviewing MURPHY's Facebook profile, investigators discovered the below photos posted to the profile's "story" feature.



The photo on the far left was posted on July 27, 2023, and depicts MURPHY standing outside of an unknown residence with an apparent firearm under his left shoulder. The middle photo was posted on August 2, 2023, and depicts MURPHY with an apparent firearm in his right hand resting on his head. Finally, the photo on the far right was posted on August 12, 2023, and is a screenshot taken from a video depicting MURPHY dancing with an unknown child while holding an apparent firearm in his left hand.

10.     In this affiant's training and experience, the firearms depicted in the photos posted to the "Boonky Osama" Facebook profile appear to be real firearms.

11.     On August 4, 2023, investigators sent a preservation request to Meta for this profile going back two years, or to August 4, 2021.

4

## **BACKGROUND CONCERNING FACEBOOK[1]**

12.     Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com.  Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

13.     Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Each Facebook user is assigned a user identification number and can choose a username.

14.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights

---

[1] The information in this section is based on information published by Meta on its Facebook website, including, but not limited to, the following webpages: "Privacy Policy," available at https://www.facebook.com/privacy/policy; "Terms of Service," available at https://www.facebook.com/legal/terms; "Help Center," available at https://www.facebook.com/help; and "Information for Law Enforcement Authorities," available at https://www.facebook.com/safety/groups/law/guidelines/.

information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

15.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.   By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.   A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

16.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.   Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.   Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.   In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.   A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

17.     Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes.   Users can "tag" other users in a photo or

6

video, and can be tagged by others.  When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

18.    Facebook users can use Facebook Messenger to communicate with other users via text, voice, video.  Meta retains instant messages and certain other shared Messenger content unless deleted by the user, and also retains transactional records related to voice and video chats.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

19.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

20.    Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

21.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

22.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

23.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

24.     In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

25.     Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform.  For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

26.     Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

27.     Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta typically retain records about such communications, including records of contacts

between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

28.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account.   This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account activity may provide

9

relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

29.     Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

30.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### CONCLUSION AND REQUEST FOR SEALING

31.     Under 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta.  Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause

exists to permit the execution of the requested warrant at any time in the day or night.

32.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

33.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

34.     Based on the foregoing, there is probable cause to believe that MURPHY

has committed violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm)

and the Facebook profile User ID: 100081345630848 contains evidence of those

violations.  The requested warrant will assist law enforcement in its investigation of

the subject offense, and I request that the Court issue the proposed search warrant.

I state under the penalty of perjury that the following is true and correct.


Respectfully submitted,

CARLOS QUILES   Digitally signed by CARLOS QUILES
Date: 2023.08.30 11:03:30 -05'00'
DATE
Carlos Quiles
Special Agent
Bureau of Alcohol, Tobacco, Firearm,
and Explosives


Sworn to, attested to, and affirmed before me via reliable electronic means pursuant
to Federal Rules of Criminal Procedure 4.1 and 41 on August 30, 2023.


HONORABLE NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MISSOURI


12

**<u>ATTACHMENT A</u>**
**Property to Be Searched**

This warrant applies to information associated with Facebook User ID 100081345630848 that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**
**Particular Things to be Seized**

**I.     Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the user ID listed in Attachment A, from **May 1, 2023 to present**:

(a)     All contact and personal identifying information, including the full name, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)     All activity logs and all other documents showing the user's posts and other Facebook activities;

(c)     All photos and videos uploaded through the user ID and all photos and videos uploaded by any user that have the user ID tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated or used in connection with the user ID, including the hardware model, operating system version, unique device

identifiers, mobile network information, advertising ID, and user agent string;

(f)      All other records and contents of communications and messages made or received by the including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)      All "check-ins" and other location information;

(h)      All IP logs, including all records of the IP addresses that logged into the user ID;

(i)      All information about the Facebook pages that the user ID is or was a "fan" of;

(j)      All past and present lists of friends created by the user ID;

(k)      All records of Facebook searches performed by the user ID;

(l)      All information about the user's access and use of Facebook Marketplace;

(m)      The types of service(s) utilized by the user ID;

(n)      The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)      All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the user ID;

(p)      Records of any Facebook accounts that are linked to the user ID by machine cookies (meaning all Facebook accounts that logged into Facebook by the same machine as the user ID); and

(q)      All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm) involving Senteze Terril MURPHY since **May 1, 2023**, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a)     Evidence indicating the possession or transfer of firearms or ammunition to or from prohibited persons;

(b)     Evidence indicating how and when the user ID was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the account owner;

(c)     Evidence indicating the user ID owner's state of mind as it relates to the crime under investigation; and

(d)     Evidence of the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

(e)     Evidence of the identity of person(s) who communicated with the account holder about matters relating to the possession of firearms or ammunition by prohibited persons, including records that help reveal those persons' whereabouts; and

(f)     Evidence relating to the June 28, 2023, shooting in Berkeley, Missouri, including communications the user ID had with any other user IDs (and the identities of those user IDs) before, during, and after the shooting and communications relating to planning or preparation for the shooting.

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Meta Platforms, Inc. ("Meta"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Meta. The attached records consist of _____. I further state that:

a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Meta, and they were made by Meta as a regular practice; and

b.     such records were generated by Meta's electronic process or system that produces an accurate result, to wit:

1.     the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Meta in a manner to ensure that they are true duplicates of the original records; and

2.     the process or system is regularly verified by Meta, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____     _____
Date                                         Signature